**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re JUAN JOSE GRANADOS | CASE NO.: 2-10-bk-44872 |
|---|---|
| | CHAPTER: 13 |
| | **REQUEST FOR COURTESY NOTIFICATION OF ELECTRONIC FILING (NEF)** |

To the Clerk of the U.S. Bankruptcy Court.

I hereby request to receive courtesy electronic notification of all documents filed in the above referenced case. I understand the courtesy electronic notification shall be delivered via the Court's Case Management/Electronic Filing (CM/ECF) system as a Notice of Electronic Filing (NEF), and that I must be a registered user of the Court's CM/ECF system to be eligible for courtesy NEFs.

I further understand this request *DOES NOT* impose any obligation on the Court, the debtors or any other party in the case to deliver courtesy copies of any orders, pleadings or other documents entered on the docket by mail, telephone, facsimile, or any other means of electronic transmission.

(Please print or type)

NAME: Recovery Management Systems Corporation

Law Firm:

Telephone Number: ( 305 ) 379-7674

Dated: 9/2/2010     /s/ Ramesh Singh
                    *Signature*

**NOTE:** This form can only be filed electronically via the Court's CM/ECF system. Requests for a courtesy NEF will not be accepted at the Intake window. **Please follow the *Instructions for Requesting a Courtesy Notification of Electronic Filing (NEF)* for the use of this form carefully.** The instructions are available on the Court's website www.cacb.uscourts.gov under Forms/Rules/General Orders >Court Forms. You must scan this form to a PDF document, then file it electronically using docket event "Request for Courtesy Notification of Electronic Filing (NEF)."

This form has been approved by the United States Bankruptcy Court for the Central District of California.
*September 2008*