NANCY CURRY, CH 13 TRUSTEE
606 SOUTH OLIVE ST, STE 950
LOS ANGELES, CA 90014
Telephone: (213) 689-3014
Facsimile:   (213) 689-3055

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

In re:

**GRANADOS, JUAN JOSE**

Debtor

Chapter 13 Case No. LA 2:10-bk-44872-VZ

## TRUSTEE'S DECLARATION THAT DEBTOR FAILED TO APPEAR FOR EXAMINATION AND THAT NO PLAN PAYMENTS HAVE BEEN RECEIVED.

I, Nancy Curry, do hereby declare and state as follows.

1. I am the Trustee appointed with respect to Chapter 13 Case No. LA 2:10-bk-44872-VZ, GRANADOS, JUAN JOSE , (the "debtor").

2. The §341(a) debtor examination was scheduled for November 22, 2010 at 10:00 AM.

3. The debtor failed to appear for examination.

I declare under penalty of perjury that the above is true and correct.

Executed on November 24, 2010 at Los Angeles, California.

/s/ Nancy Curry, Chapter 13 Trustee

On November 24, 2010, a copy of this has been filed with the Court and served on

GRANADOS, JUAN JOSE

677 E. 51ST. ST.
LOS ANGELES, CA 90011

L. BISHOP AUSTIN

3250 WILSHIRE BLVD., #1500
LOS ANGELES, CA 90010-

I declare that the foregoing is true and correct.

Executed on November 24, 2010 at Los Angeles, California.

/s/ Jaime Mejia